

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

In re Mark Eugene Engle

No. 06-15-00055-CR

Original Mandamus Proceeding

Opinion delivered by Chief Justice Morriss, Justice Moseley and Justice Burgess participating.

As stated in the Court's opinion of this date, we find that Relator is not entitled to the relief sought. Therefore, we deny the petition.

RENDERED APRIL 14, 2015
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk